UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ALLIED WORLD SPECIALTY :
INSURANCE COMPANY, f/k/a DARWIN :
NATIONAL ASSURANCE COMPANY, :     **ORDER OF DISMISSAL**
               Plaintiff, :
                                             :     16 CV 7096 (VB)
v. :
                                             :
COUNTY OF PUTNAM, NEW YORK, :
             Defendant. :
----------------------------------------------------------------x

       The Court has been advised that the parties have settled this case in principle. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than September 18, 2017. To be clear, any application to restore the action must be filed by September 18, 2017, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       The September 6, 2017, conference before Judge Briccetti is cancelled.

       The Clerk is instructed to close this case.

Dated: August 17, 2017
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge